IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR589 |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR HENDERSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion pursuant to Rule 35(b) (Filing No. 66).

IT IS ORDERED that a hearing on said motion is scheduled for:

**Thursday, August 31, 2006, at 3 p.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant <u>shall</u> be present.

DATED this 25th day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court