IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VICTOR HENDERSON, ) <br> ) <br> Defendant. ) | 8:03CR589 <br><br> ORDER |

Defendant Victor Henderson (Henderson) appeared before the court on May 7, 2008, on the Petition for Warrant or Summons for Offender Under Supervision (Report) (Filing No. 73). Henderson was represented by Assistant Federal Public Defender Jessica P. Douglas and the United States was represented by Assistant U.S. Attorney Maria R. Moran. Through his counsel, Henderson waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Report alleges probable cause, and Henderson should be held to answer for a final dispositional hearing before Senior Judge Lyle E. Strom.

Henderson was ordered released to Williams Prepared Place, 3525 Evans Street, Omaha, Nebraska, by separate order filed herein.

**IT IS ORDERED**:

A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 11:00 a.m. on May 29, 2008.** Defendant must be present in person.

DATED this 9th day of May, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge