IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR589 |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR HENDERSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue disposition hearing and release the defendant from custody (Filing No. 83).  Accordingly,

IT IS ORDERED:

1) The final dispositional hearing is rescheduled for:

**Monday, July 7, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

2) Defendant shall be released to the Office of the Federal Public Defender on May 28, 2008, or soon thereafter as said transfer may be accomplished, to transport him to the Salvation Army in Omaha, Nebraska, to commence the thirty-day treatment program.

DATED this 27th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court