IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
             Plaintiff,       )           8:03CR589
                              )
      v.                      )
                              )
VICTOR HENDERSON,             )           ORDER
                              )
             Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion for dismissal of petition for warrant or summons for offender under supervision (Filing No. 87).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; the petition for warrant or summons for offender under supervision (Filing No. 73) is dismissed without prejudice.

DATED this 24th day of September, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court